① 

FILED

MAY 23 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

5:22-CV-00237

To Whom it my concern,

DAte 5-18-2022

My name is Rex Hurt I'm currently a inmate at Southern Regional jail in Beckly W.V. (Inmate # 355-7025). I'm housed in C-7 medical Pod. I've been in the jail Sense oct-2021. I have a clostimy Bag Due to being shot two times in my Stomach. Sense being at the jail I have repeatly been denied medical attention and my very basic clostmy supplys. It is way past due for me to be able to have surgery to have my clostmy reversed. The jail has repeatly canceled my dr appointments in charleston and refusis to have me seen by the specialist my medical conditon requires. Sense being at the jail my condition has ~~developed~~ developed complications such as severe bleeding from my clostimy site, extreme swelling at the site, pain, and cuts on the clostimy site all due to the fact I have been refused repeatly the proper medical attention the proper clostmy supplys and not given bags and blocking latches when I'm suppose to have them.

FILED
MAY 2 3 2022

I have had to use the same bags for up to two weeks at times placeing me under extreme risk of infection also causeing me to live under very unsanitary conditions. When I am given supplys I am given a bag and a barrier and thats it. I am not given the supplys to protect my stoma from cuts from the barrier, I have never once been given the barrier wipes and they make me wright so long before I am given a new barrier I have to tare a shut and tie the barrier to keep it from falling off. My attorneys has repeatly told the mercer county courts of these issues and the court sent a order for the jail to take me to my appointment in charleston. So after 4 months of being at the jail they finally took me one time. The drs wanted me to return for test and to have camera ran into me and made me a appointment to return. Sense I had no court order for that. The jail simply cancled. Sense them I had one event where my bag



③

filled completly up with blood. They took me to see the nurse at the jail. She told me she had no idea what was causeing so much bleding and simply sent me back to the pod with no medical attention what so ever.

I asked for a new bag and barrier and was told the jail could not help me because they had none and to get my family to get them.

I would like to be added to complaint filed civil action No. 5:22-CV-225.

Respectfully
Submitted
By
Rex Hurt

5-18-2022

Rex Hurt
INMATE NAME
355-7025
INMATE OID #
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER
1200 AIRPORT ROAD
BEAVER, WV 25813

RECEIVED
MAY 23 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

THE WRITER OF THIS LETTER
IS AN INMATE OF THE
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER

Clerk United States District court
110 N. HeBer Street Rm 119
Beckley, W.V
25801